**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:    In re Steadfast LLC, et al.

Appellate case number:    01-19-00726-CV

Trial court case number:    2019-51432

Trial court:                125th District Court of Harris County

Relators have filed a petition for writ of mandamus, complaining of the trial court's failure to rule on Relator's pending motions.

Relators have also filed a motion for emergency relief. The Court **grants** the motion for emergency relief and orders all trial court proceedings stayed pending disposition of the petition for writ of mandamus.

Real parties in interest shall file a response to the petition for writ of mandamus **by Friday, October 4, 2019**.

It is so ORDERED.

Judge's signature: ___/s/ Justice Richard Hightower_____
                        ☑ Acting individually    ☐ Acting for the Court

Date:    ___September 27, 2019____